STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BOOKER T. BLANFORD, DEFENDANT-PETITIONER.

See same case below: 105 *N. J. Super.* 56.

*Mr. Stanley C. VanNess* and *Mr. Thomas Menchin* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

September 15, 1969. Granted.

MARGARET SILAGY, PLAINTIFF-PETITIONER, v. STATE OF NEW JERSEY AND COUNTY OF MERCER, DEFENDANTS-RESPONDENTS.

See same case below: 105 *N. J. Super.* 507.

*Messrs. Pellettieri & Rabstein* and *Mr. Charles J. Casale, Jr.* for the petitioner.

*Messrs. Levy, Levy, Albert & Marcus, Mr. Arthur J. Sills, Mr. Stephen Skillman* and *Mr. Franklin D. Renkoff* for the respondents.

September 15, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PAUL COGDELL, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Bruce Ira Goldstein* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Rudolph J. Rossetti* for the respondent.

September 15, 1969. Denied.